BEFORE THE SECOND DIVISION, DECEMBER 15, 1958

No. 62599.—S. P. Skinner Co., Inc. *v.* United States, protests 205804–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the sub-

ject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiff was sustained.